To Whom it May Concern:

Att: Mrs. Sherry Williamson

Appellate Cases 11-17-00175-CR

11-17-00174-CR

July 10th 2017

Trial Court Cases 20692-B

20613-B

I, Kelly Marie Moore, 80112442, would like request an application for a CSRP or a personal bond to be granted. I have a place of residence as well as employment set up for/if I'm released.

Sent,
With Great Appreciation,
Kelly M. Moore
80112442

RECEIVED
IN COURT OF APPEALS
ELEVENTH DISTRICT

JUL 1 4 2017

SHERRY WILLIAMSON, CLERK

Holly Moore 1124473
916 E 27th Street
Abilene Tx 79602

RECEIVED
IN COURT OF APPEALS
ELEVENTH DISTRICT

JUL 1 4 2017

SHERRY WILLIAMSON, CLERK

Court of Appeals
Eleventh District of Texas
P.O. Box 271
Eastland Tx 76448

7644B30271

TAYLOR COUNTY
INMATE CORRESPONDENCE